## MINUTES OF CREDITORS § 341 MEETING OF CREDITORS
## AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: _Beck_____   JAD/TPA/(CMB)/GLT

Case Number: _18-22058____

Date of Meeting: _8/20/18_____   Recording # _6___

Debtor(s) present _✓_ or Not Present (_ No Payments Made or _✓_ partial payments)

Attorney for debtor(s) _Phillips_____ (Present _✓_ or Not Present ___)

Date of Plan at § 341: _5/21/18_   Applicable commitment period _✓_ 3 yrs ___ 5 yrs

— not required to file tax returns

Daniel Beck (who appeared for Debtor)

on SSDI

_____ Meeting HELD and CONCLUDED

_✓_ Meeting HELD but CONTINUED (not closed)

_____ Meeting NOT HELD          _____ Order to Show Cause Requested

                                _____ To be rescheduled by Clerk

_____ Confirmation Order recommended   _____ Final   _____ Interim

_✓_ Amended Plan due: _9/17/18_ ; Objections due: _10/22/18_

_____ Trustee recommends dismissal of the case (Debtor consents)

_____ Trustee recommends dismissal of the case (Debtor does not consent)*

_____ Trustee recommends dismissal of the case (Debtor has no defense)

_____ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days

_✓_ Continued to:

On _11/8/18_ _____ 341 Meeting   OR _✓_ Conciliation Conf. OR _____ *Contested Hearing

at _2:30_ am/pm Location _____

Chapter 13 Trustee/Attorney for ~~Trustee~~