IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 18-22058-CMB |
| | : | |
| Russell F. Beck | : | Chapter 13 |
| Debtor, | : | |
| | : | |
| Russell F. Beck | : | |
| Movant, | : | |
| | : | |
| v. | : | |
| | : | |
| No Respondent | : | |

**NOTICE OF THE DEATH**

Counsel for the debtor hereby notifies the Court that Russell F. Beck, debtor in the above case, died on August 21, 2018.

By:  /s/Kimberly Motley-Phillips
Kimberly Motley-Phillips
PA Bar ID#29049
Neighborhood Legal Services Association,
928 Penn Avenue, Pittsburgh, PA    15222
(412) 586-6158
phillipsk@nlsa.us