Form 209

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

56 – 55
gamr

In re:

Bankruptcy Case No.: 18-22058-CMB

Chapter: 13
Hearing Date: 4/10/19 at 10:00 AM

Russell F. Beck
    Debtor(s)

## CERTIFICATE OF SERVICE

I, DANIEL BECK, of** 803 ROSE ST, McKEES ROCKS PA 15136

CERTIFY:

   That I am at least 18 years of age:

   That on the 4 day of MARCH, 2019, I served a copy of the within Order Setting Date Certain *together with the Motion* filed in this proceeding, on:

on the Respondent(s) in this proceeding, by (describe the mode of service):
MAIL

at the following address(es):

UNITED STATES ATTY OFC
WESTERN DISTRICT OF PA
700 GRANT ST
STE 4000
PITTSBURGH, PA 15219

OFC. OF UN. STATES TRUSTEE
LIBERTY CTR., STE 970
1001 LIBERTY AVE
PITTSBURGH, PA 15222

RONDA WINNECOUR
STE. 3250, USX TW
600 GRANT ST
PITTSBURGH, PA 15222

I certify under penalty of perjury that the foregoing is true and correct.

Executed on 3/4/2019
(Date)

_____
(Signature)

**Indicate Current Mailing Address

## Notice Recipients

| | | |
|---|---|---|
| District/Off: 0315−2 | User: gamr | Date Created: 2/27/2019 |
| Case: 18−22058−CMB | Form ID: 209 | Total: 1 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
intp    Daniel Beck    803 Rose Street    McKees Rocks, PA 15136

TOTAL: 1