IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:  
Russell F. Beck  
       Debtor(s)

Bankruptcy No. 18-22058-CMB

Chapter 13

Russell F. Beck,  
       Movant  
v.

Related to: Document No. 55

No Respondents

## ORDER OF COURT

AND NOW, this **5th day of April, 2019,** the Motion to Pay Unclaimed Funds in the amount of $920.64 to Russell F. Beck is Granted. The Clerk of the United States Bankruptcy Court for the Western District of Pennsylvania shall issue a check made payable to Russell F. Beck and the payment is to be sent to: Daniel Beck, 803 Rose St., McKees Rocks, PA 15136. The Hearing scheduled for 04/10/2019 is CANCELLED.

BY THE COURT:

Carlota M. Böhm     glb  
Chief United States Bankruptcy Judge

FILED  
4/5/19 1:21 pm  
CLERK  
U.S. BANKRUPTCY  
COURT - WDPA

cc:   Daniel Beck  
      803 Rose St.  
      McKees Rocks, PA  15136

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 18-22058-CMB
Russell F. Beck                                                           Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: gamr              Page 1 of 1            Date Rcvd: Apr 05, 2019
                              Form ID: pdf900         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 07, 2019.
db          +Russell F. Beck,   236 Ramsey Avenue,    Bridgeville, PA 15017-1960
intp        +Daniel Beck,   803 Rose Street,   McKees Rocks, PA 15136-3617

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 07, 2019                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 5, 2019 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Chartiers Valley School District jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Borough of Bridgeville jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com,
               cnoroski@grblaw.com
              Kimberly Motley Phillips     on behalf of Debtor Russell F. Beck phillipsk@nlsa.us,
               motleyphillipslaw@yahoo.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 8